IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| M. DENISE TOLLIVER, | § | |
| | § | No. 56, 2018 |
| Appellant Below- | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DELAWARE FUTURES, | § | C.A. No. N17A-06-009 |
| | § | |
| Appellee Below- | § | |
| Appellee. | § | |

Submitted: June 22, 2018
Decided: August 28, 2018

Before **STRINE**, Chief Justice; **SEITZ** and **TRAYNOR**, Justices.

# **O R D E R**

After careful consideration of the parties' briefs[1] and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned order dated November 30, 2017 and its January 2, 2018 order denying reargument. The Industrial Accident Board did not err in denying the appellant's claim for worker's compensation benefits on the ground that the appellant failed to file her claim for compensation due within the two-year statute of limitations period from the date of the work-related accident.

---

[1] The appellant's motion to strike the appellee's amended answering brief for noncompliance is denied.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice